No. 7,059. — J. H. LUDWICK, Petitioner, v. DISTRICT COURT et al., Respondents.

Decided September 20, 1932.

PER CURIAM.—Petitioner's application for writ of mandate herein is denied.

*Mr. Joseph J. Ruck, Jr.*, for Petitioner.

No. 7,000.—TONY STIPECH, Plaintiff and Appellant, v. W. H. FLUHR et al., Defendants and Respondents.

Decided September 20, 1932.

PER CURIAM.—Respondents' motion to dismiss the appeal herein for failure of appellant to file his brief within thirty days after filing transcript is sustained and the appeal is ordered dismissed.

*Messrs. Graybill & Graybill*, for Respondents.

*Mr. F. A. Ewald*, for Appellant.